UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| J.G., minor, by next of friend and Parent HEIDI GOMEZ<br><br>Plaintiff,<br><br>v.<br><br>BLUESTEM BRANDS, INC., d/b/a FINGERHUT | Case No: 4:13-cv-00260 RP/TJS<br><br>JOINT STIPULATION TO DISMISS WITH PREJUDICE |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff J.G., minor, by next of friend and Parent Heidi Gomez and Defendant Bluestem Brands, Inc., d/b/a Fingerhut, through their respective attorneys, hereby stipulate and agree that the above-captioned matter is dismissed in its entirety, with prejudice, each party bearing its own attorney fees and costs..

Dated: December 19, 2013

Respectfully submitted,


/s/ L. Ashley Zubal
L. Ashley Zubal
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA 50311
(515) 276-7211
(515) 276-6280
Ashley@markslawdm.com
Attorney for Plaintiff

Dated: December 19, 2013

Respectfully submitted,


/s/ Lance W. Lange
Lance W. Lange
FAEGRE BAKER DANIELS LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: Lance.Lange@faegreBD.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of JOINT STIPULATION TO DISMISS WITH PREJUDICE was filed electronically with the Clerk of Court through the CM/ECF Filing System, and as a result, it is the undersigned counsel's understanding that an electronic copy was also emailed by the Clerk of Court to the attorney for Plaintiff listed below.

/s/ Lance W. Lange
Lance W. Lange

L. Ashley Zubal
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA 50311

Attorney for Plaintiff

dms.us.53320268.01